1012

[No. 16235–7–I. Division One. March 16, 1987.]

RIKKI JUNE BANNISTER, *Appellant,* v. GLENN
EDWARD NEFF, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–16975–5, Francis E. Holman, J., entered
March 21, 1985. *Reversed* by unpublished opinion per
Revelle, J. Pro Tem., concurred in by Callow and Cone, JJ.
Pro Tem.

[No. 15731–1–I. Division One. March 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
DEAN BOTTGER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–8–02939–2, Jack A. Richey, J. Pro Tem.,
entered November 19, 1984. *Reversed* and *remanded with
instructions* by unpublished opinion per Scholfield, C.J.,
concurred in by Swanson and Coleman, JJ.

[No. 16503–8–I. Division One. March 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LLOYD
EARL HOFFMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85–1–00048–4, John E. Rutter, Jr., J.,
entered March 15, 1985. *Dismissed* by unpublished per
curiam opinion.

[No. 16722–7–I. Division One. March 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
LEE DINWIDDIE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–03349–1, Stephen M. Reilly, J., entered
March 23, 1985. *Dismissed* by unpublished per curiam
opinion.